```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

JIL ANTONIO RESINOS                                           PLAINTIFF

    v.   Civil No. 09-5281

SHERIFF KEITH FERGUSON,
Benton County, Arkansas;
CAPTAIN ROBERT HOLLY,
Benton County Detention
Center; DR. HUSKINS,
Jail Doctor; DEPUTY LEASE;
NURSE MARSHA SMITH; and
NURSE GAIL HARTGRAVES                                        DEFENDANTS

## O R D E R

  Now on this 26th day of January, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #18), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

  **IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

  **IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

  **IT IS SO ORDERED.**

              /s/ Jimm Larry Hendren
              JIMM LARRY HENDREN
              UNITED STATES DISTRICT JUDGE